**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  26-mj-8336-RMM

UNITED STATES OF AMERICA

v.

ISAIAS LOPEZ-GODINEZ

FILED BY_____MEE_____D.C.

Apr 30, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

Defendant.                  /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

SUZANNE HUYLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    A5503350
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:    (561) 820-8777
Email:  Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Isaias Lopez-Godinez | ) | Case No.   26-mj-8336-RMM |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED BY_____MEE_____D.C.

Apr 30, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 26, 2026_____ in the county of _____Palm Beach_____ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal reentry into the United States after Deporation or Removal |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Andy Korzen, DO
_Printed name and title_

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date:   _____04/30/2026_____

_____
_Judge's signature_

City and state:   _____West Palm Beach, FL_____     Ryon M. McCabe, United States Magistrate Judge
_Printed name and title_

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Isaias LOPEZ-GODINEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about April 26, 2026, Isaias LOPEZ-GODINEZ was arrested in Palm Beach County, Florida for the offenses of burglary with assault or battery, simple assault- intent threat to do violence, and aggravated stalking- follow, harass, cyberstalk, credible threat to person. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Isaias LOPEZ-GODINEZ is a native and citizen of Guatemala. Records further show that on or about September 13, 2010, Isaias LOPEZ-GODINEZ was granted voluntary departure. On or about

1

September 15, 2010, Isaias LOPEZ-GODINEZ departed the United States and returned to Mexico, as at that time he falsely claimed Mexican citizenship.

5.      Thereafter, Isaias LOPEZ-GODINEZ re-entered the United States illegally and on or about December 14, 2010, was ordered removed from the United States to Mexico, as he again falsely claimed Mexican citizenship. The Order of Removal was executed on or about December 16, 2010, whereby Isaias LOPEZ-GODINEZ was removed from the United States and returned to Mexico.

6.      Thereafter, Isaias LOPEZ-GODINEZ re-entered the United States illegally, his prior order of removal was reinstated, and after his true citizenship was discovered, he was on or about March 4, 2011, removed from the United States and returned to Guatemala.

7.      Isaias LOPEZ-GODINEZ's fingerprints taken in connection with his April 26, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Isaias LOPEZ-GODINEZ.

8.      A record check was performed in the Computer Linked Application Informational Management System to determine if Isaias LOPEZ-GODINEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Isaias LOPEZ-GODINEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.      Based on the foregoing, I submit that probable cause exists to believe that, on or about April 26, 2026, Isaias LOPEZ-GODINEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___30___ day of April 2026.

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  Isaias Lopez-Godinez

**Case No**: 26-mj-8336-RMM

Count #:

Illegal reentry into the United States after Deporation or Removal

8 U.S.C. 1326(a)

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.